UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

COVER SHEET FOR AMENDMENTS

Case Name: HOLLIS KEYS JR & DOREEN KEYS  23-51065-TJT

Case No.: 23-51065-TJT

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

- ☐ **Amendment to Petition:**
    - ☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
    - ☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)
- ☐ **Summary of Your Assets and Liabilities and Certain Statistical Information**
- ☐ **Statement of Financial Affairs**
- ☐ **Schedules and List of Creditors:**
    - ☐ Schedule A/B
    - ☐ Schedule C   ☐ Debtor 2 Schedule C
    - ☐ List of Creditors   ☒ Schedule D   ☒ Schedule E/F  and
        - ☒ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$34.00 Fee Required**, or
        - ☐ Change address of a creditor already on the List of Creditors – **No Fee Required**
    - ☐ Schedule G
    - ☐ Schedule H
    - ☒ Schedule I
    - ☐ Schedule J
    - ☐ Schedule J-2
- HK ☒ Declaration About an Individual Debtor's Schedules

<u>NOTE: Use Page 2 for any corrections or additions to the List of Creditors.</u>

Additional Details of Amendment(s): _____
_____
_____

| → | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
|---|---|
| Date | Signature |
| → | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| Date 3-12-2024 | Signature *Hollis Keys* |
| Date 3-12-2024 | Signature *Doreen Keys* |

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

PREVIOUS NAME/ADDRESS OF CREDITOR:      PLEASE CHANGE TO:

_____    _____
_____    _____

PREVIOUS NAME/ADDRESS OF CREDITOR:      PLEASE CHANGE TO:

_____    _____
_____    _____
_____    _____

PREVIOUS NAME/ADDRESS OF CREDITOR:      PLEASE CHANGE TO:

_____    _____
_____    _____

## ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

NAME OF CREDITOR:    A.T.T

ADDRESS:    208 S. AKARD
DALLAS TX 75202

NAME OF CREDITOR: _____

ADDRESS: _____
_____

NAME OF CREDITOR: _____

ADDRESS: _____
_____

**FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.**

Fill in this information to identify your case:

Debtor 1  __HOLLIS__ _____ __KEYS JR__
     First Name     Middle Name     Last Name

Debtor 2  __DOREEN__ _____ __KEYS__
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: __EAST__ District of __MICH__

Case number __23-51065-TJT__
(If known)

☒ Check if this is an amended filing

# Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion if any |
|---|---|---|---|
| **2.1** __SEEVBANK__<br>Creditor's Name<br>__P.O BOX 1298__<br>Number    Street<br>__SOUTH WINDSOR__ __CT__ __06074__<br>City    State    ZIP Code<br>Describe the property that secures the claim: __HOME__ | $__245,000__ | $__305,000__ | $__0__ |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred __2018__

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number __2 6 3 9__

| | | | |
|---|---|---|---|
| **2.2** __CAPITAL ACCEPTANCE__<br>Creditor's Name<br>Number    Street<br>__SOUTHFIELD__ __MICH__ __48237__<br>City    State    ZIP Code<br>Describe the property that secures the claim: __CAR__ | $__23,410__ | $__14,250__ | $__0__ |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred __2022__

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number __8 1 7 0__

Add the dollar value of your entries in Column A on this page. Write that number here: $__268,410__

Official Form 106D      Schedule D: Creditors Who Have Claims Secured by Property      page 1 of ___

Debtor 1 **HOLLIS** **KEYS JR** Case number (if known) **23-51065-TJT**
First Name   Middle Name   Last Name

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**Part 1:** **Additional Page**
After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

☐ **LIBERTY MUTUAL**
Creditor's Name

Number   Street

City   State   ZIP Code

Describe the property that secures the claim:

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **13,748.58**   $ **13,083**   $ _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred **2022**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number **7 3 3 6**

---

☐ _____
Creditor's Name

Number   Street

City   State   ZIP Code

Describe the property that secures the claim:

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____   $ _____   $ _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

☐ _____
Creditor's Name

Number   Street

City   State   ZIP Code

Describe the property that secures the claim:

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____   $ _____   $ _____

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ _____

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

Official Form 106D   Additional Page of Schedule D: Creditors Who Have Claims Secured by Property   page ___ of ___

Debtor 1 **HOLLIS KEYS JR**
First Name / Middle Name / Last Name

Case number (if known) **23-51065-TJT**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name _____
Number  Street _____
_____
City  State  ZIP Code

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number __ __ __ __

☐
Name _____
Number  Street _____
_____
City  State  ZIP Code

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number __ __ __ __

☐
Name _____
Number  Street _____
_____
City  State  ZIP Code

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number __ __ __ __

☐
Name _____
Number  Street _____
_____
City  State  ZIP Code

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number __ __ __ __

☐
Name _____
Number  Street _____
_____
City  State  ZIP Code

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number __ __ __ __

☐
Name _____
Number  Street _____
_____
City  State  ZIP Code

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number __ __ __ __

Official Form 106D   Part 2 of Schedule D: Creditors Who Have Claims Secured by Property   page ___ of ___

Fill in this information to identify your case:

Debtor 1: HOLLIS (First Name) _____ (Middle Name) KEYS JR (Last Name)

Debtor 2: DOREEN (First Name) _____ (Middle Name) KEYS (Last Name)
(Spouse, if filing)

United States Bankruptcy Court for the: EAST District of MICH

Case number (If known): 23-51065-TJT

☒ Check if this is an amended filing

Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☒ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** ATT
Priority Creditor's Name
208 S AKARD
Number  Street
DALLAS    TX   75202
City      State  ZIP Code

Last 4 digits of account number  9 5 3 3     $2180.18  $2180.18  $ —

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☒ Other. Specify  PHONE SERVICE

Is the claim subject to offset?
☒ No
☐ Yes

**2.2** _____
Priority Creditor's Name
_____
Number  Street
_____
City      State  ZIP Code

Last 4 digits of account number ___ ___ ___ ___    $_____   $_____   $_____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

Official Form 106E/F           Schedule E/F: Creditors Who Have Unsecured Claims           page 1 of ___

| Debtor 1 | HOLLIS KEYS JR | Case number (if known) 23-51065-TJT |

First Name   Middle Name   Last Name

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount

---

☐

Priority Creditor's Name

Number    Street

_____

City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____ $_____ $_____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

☐

Priority Creditor's Name

Number    Street

_____

City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____ $_____ $_____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

☐

Priority Creditor's Name

Number    Street

_____

City    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __    $_____ $_____ $_____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page __ of __

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☒ Yes

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** CAPITAL ONE
Nonpriority Creditor's Name

Last 4 digits of account number  1 1 8 3    $ 800—
When was the debt incurred?  2020

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  CREDIT CARD

Is the claim subject to offset?
☐ No
☐ Yes

**4.2** CREDIT ONE
Nonpriority Creditor's Name

Last 4 digits of account number  3254    $ 1100—
When was the debt incurred?  2021

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  CREDIT CARD

Is the claim subject to offset?
☒ No
☐ Yes

**4.3** ASPIRE
Nonpriority Creditor's Name

Last 4 digits of account number  8758    $ 1200—
When was the debt incurred?  2020

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  CREDIT CARD

Is the claim subject to offset?
☒ No
☐ Yes

Debtor 1 **HOLLIS KEYS JR**  
First Name / Middle Name / Last Name  
Case number (if known) **23-51065-TJT**

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

☐ **FIRST PREMIER**  
Nonpriority Creditor's Name

_____  
Number   Street

_____  
City   State   ZIP Code

**Who incurred the debt?** Check one.  
☒ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  

☐ Check if this claim is for a community debt  

**Is the claim subject to offset?**  
☒ No  
☐ Yes  

Last 4 digits of account number **2 5 6 0**   $ **1500**  
When was the debt incurred? **2020**

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Type of NONPRIORITY unsecured claim:**  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☒ Other. Specify **CREDIT CARD**

---

☐ **INDIGO**  
Nonpriority Creditor's Name

_____  
Number   Street

_____  
City   State   ZIP Code

**Who incurred the debt?** Check one.  
☒ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  

☐ Check if this claim is for a community debt  

**Is the claim subject to offset?**  
☒ No  
☐ Yes  

Last 4 digits of account number **2 1 6 0**   $ **500**  
When was the debt incurred? **2020**

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Type of NONPRIORITY unsecured claim:**  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☒ Other. Specify **CREDIT CARD**

---

☐ _____  
Nonpriority Creditor's Name

_____  
Number   Street

_____  
City   State   ZIP Code

**Who incurred the debt?** Check one.  
☐ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  

☐ Check if this claim is for a community debt  

**Is the claim subject to offset?**  
☐ No  
☐ Yes  

Last 4 digits of account number ___ ___ ___ ___   $ _____  
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Type of NONPRIORITY unsecured claim:**  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☐ Other. Specify _____

---

Official Form 106E/F   Schedule E/F: Creditors Who Have Unsecured Claims   page ___ of ___

Debtor 1  HOLLIS  KEYS JR  
  First Name  Middle Name  Last Name

Case number (if known) 23-51065-TJT

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Number  Street | Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims  ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| City  State  ZIP Code | Last 4 digits of account number ___ ___ ___ ___ |

(Repeated blank entries for additional creditors follow the same format.)

Official Form 106E/F  Schedule E/F: Creditors Who Have Unsecured Claims  page ___ of ___

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  | Total claim |
|---|---|---|
| Total claims from Part 1 | 6a. Domestic support obligations | 6a. $_____ |
|  | 6b. Taxes and certain other debts you owe the government | 6b. $_____ |
|  | 6c. Claims for death or personal injury while you were intoxicated | 6c. $_____ |
|  | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + $_____ |
|  | 6e. Total. Add lines 6a through 6d. | 6e. $_____ |

|  |  | Total claim |
|---|---|---|
| Total claims from Part 2 | 6f. Student loans | 6f. $_____ |
|  | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $_____ |
|  | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. $_____ |
|  | 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $_____ |
|  | 6j. Total. Add lines 6f through 6i. | 6j. $_____ |

Fill in this information to identify your case:

Debtor 1: **HOLLIS** (First Name) _____ (Middle Name) **KEYS JR** (Last Name)

Debtor 2: **DOREEN** (First Name) _____ (Middle Name) **KEYS** (Last Name)
(Spouse, if filing)

United States Bankruptcy Court for the: **EAST** District of **MICH**

Case number (if known): **23-51065-TJT**

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☒ Not employed |
| Occupation | **FOOD DELIVERY** | |
| Employer's name | **DOOR DASH** | |
| Employer's address | **302 2ND STREET**<br>Number Street<br>**SAN FRANCISCO**<br>**SAN FRAN CAL 94107**<br>City State ZIP Code | Number Street<br><br>City State ZIP Code |
| How long employed there? | **3 YRS** | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ **2000** | $ _____ |
| 3. Estimate and list monthly overtime pay. | +$ **-0-** | +$ _____ |
| 4. Calculate gross income. Add line 2 + line 3. | $ **2000** | $ **-0-** |

Debtor 1 __HOLLIS__ _____ __KEYS JR__  Case number (if known) __23-51065-TJT__
First Name   Middle Name   Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|

Copy line 4 here ............................................................→ 4. $ 2000—   $ -0-

5. List all payroll deductions:
   5a. Tax, Medicare, and Social Security deductions    5a. $ -0-    $ _____
   5b. Mandatory contributions for retirement plans     5b. $ -0-    $ _____
   5c. Voluntary contributions for retirement plans     5c. $ -0-    $ _____
   5d. Required repayments of retirement fund loans     5d. $ -0-    $ _____
   5e. Insurance                                        5e. $ -0-    $ _____
   5f. Domestic support obligations                     5f. $ -0-    $ _____
   5g. Union dues                                       5g. $ -0-    $ _____
   5h. Other deductions. Specify: _____       5h. +$ -0-   +$ _____

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.  6. $ -0-    $ _____

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.  7. $ 2000    $ -0-

8. List all other income regularly received:
   8a. Net income from rental property and from operating a business, profession, or farm
       Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a. $ -0-    $ -0-
   8b. Interest and dividends                                  8b. $ -0-    $ -0-
   8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive
       Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c. $ -0-    $ -0-
   8d. Unemployment compensation                               8d. $ -0-    $ -0-
   8e. Social Security                                         8e. $ 1488   $ 942
   8f. Other government assistance that you regularly receive
       Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
       Specify: __FOOD STAMPS__                                8f. $ 331    $ -0-
   8g. Pension or retirement income                            8g. $ -0-    $ -0-
   8h. Other monthly income. Specify: _____          8h. +$ -0-   +$ -0-

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9. $ 1819—    $ 942

10. Calculate monthly income. Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10. $ 3819 + $ 942 = $ 4761

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify: _____   11. +$ -0-

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
    Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies   12. $ 4761
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
    ☒ No.
    ☐ Yes. Explain:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: HOLLIS KEYS JR
DOREEN KEYS

CASE NO: 23-51065-TJT
CHAPTER: 13

Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on MARCH 13, 2024 (date of mailing), I served copies as follows:

1. Document(s) served:

   MODIFIED CHAPTER 13 PLAN
   COVER SHEET FOR AMENDMENTS
   D, E, F & I

2. Served upon [name and address of each person served]:

   SEB VBANK  P.O BOX 1298 SOUTH WINDSOR CT 06074
   LIBERTY MUTUAL
   CREDIT ACCEPTANCE
   AT & T

3. By First Class Mail.

Dated: 3-12-2024

(Signature)

Print Name: HOLLIS KEYS JR